JACKSON *v.* THE STATE.

FISH, J. While the evidence would have warranted a conviction of an assault, it was not sufficient to show beyond a reasonable doubt that the same was committed with intent to rape.

*Judgment reversed.   All the Justices concurring.*

Argued May 21,—Decided May 25, 1901.

Indictment for assault with intent to rape.    Before Judge Hart; motion for new trial before Judge Brinson.    Richmond superior court.    March 18, 1901.

*H. C. Hammond* and *G. M. Beasley,* for plaintiff in error.
*J. S. Reynolds, solicitor-general,* contra.